U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 NOV -5 P 4: 05

STEPHEN C. DRIES
CLERK

19-CR-193

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 19-CR-
[Title 18, U.S.C. §§ 2252A(a)(2)(A),
(a)(5)(B), (b)(1), and (b)(2)]

BRIAN GANOS,

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about November 27, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**BRIAN GANOS**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography received by the defendant included digital images identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| tara5yr… | This image depicts a prepubescent female victim, who appears to be between 4-8 years old. She is fully naked and straddling a naked adult male who is lying on his back. His penis is partially inserted into the female's vagina. |
| imgpsh… | This image depicts a female victim who is an infant or toddler. An adult male's penis is inserted into her anus, and there is a white substance dripped over her vagina. |
| pokp… | This image depicts a female victim, who appears to be between 13-16 years old. She is fully naked, and her vagina and buttocks are exposed. She is looking over her right shoulder to face the camera. |
| 15432… | This image depicts a prepubescent female victim, who appears to be between 4-8 years old. She is fully naked, sitting on a bed, with her legs spread and her body is covered in a white/clear substance from her right shoulder to her vagina. |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 3, 2016, in the State and Eastern District of Wisconsin and elsewhere,

**BRIAN GANOS**

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant on or about August 3, 2016, included files identified by the following partial file names:

| Partial File Name | Description |
| --- | --- |
| YEA--_m | This image depicts a 7-11 year old nude child performing fellatio on a nude adult male penis. |
| PeQ--_m | This image depicts a 6-11 year old female straddling a dildo inserted in her vagina. The child is nude except for socks and sleeves. |
| h.g--_m | This image depicts a 9-13 year old nude child sitting on the floor, bound with rope around her wrists, arms, and ankles with her arms tied behind her back. |
| 4w--_m | The image depicts a 5-9 year old nude child with her legs and vagina spread by her hands and a shirtless adult male holding the child from behind with his erect penis protruding from his shorts. |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

3

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about March 21, 2019, in the State and Eastern District of Wisconsin and elsewhere,

**BRIAN GANOS**

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant on or about March 21, 2019 included files identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| Linda 10 yo.... | This video depicts a prepubescent female victim straddling a naked adult male lying on a bed. The adult male inserts his penis into the female's vagina. The victim's face is not visible in the video because she is wearing a ski mask. |
| **Partial MD5 Hash Value** | **Description** |
| 0e10c9 | This image depicts a female victim, who appears to be between 10-14 years old, laying on her back on top of a white sheet. She is naked, a male's hand is on her chest, and his penis is over her vagina. |
| caf7993 | This image depicts a female victim, who appears to be between 12-16 years old. She is naked from the waist down and bent over a cushion, while a nude adult male is behind her, pressing his groin into hers and touching her buttocks with his hand. |
| ae05f7 | This image depicts a female victim, who appears to be between 12-16 years old, sitting on a child's play mat. She is naked from the torso down, as her shirt is pulled up over her chest. There is a naked male in the photo as well, and he is hunched over the female, with his hand on her left leg. |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

4

## NOTICE OF FORFEITURE

1. Upon conviction of any count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

2. If any of the property described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON
Dated: 11-5-2019

MATTHEW D. KRUEGER
United States Attorney

5