UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                  Case No. 19 CR 193

BRIAN L. GANOS,

    *Defendant*.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that Hurley Burish, S.C., by Stephen P. Hurley, Jonas B. Bednarek and Marcus J. Berghahn, appear as counsel for Brian Ganos in this action.

Dated this <u>20th</u> day of November, 2019.

                                      Respectfully submitted,

                                      BRIAN GANOS, *Defendant*

                                      <u>*Electronically signed by Stephen P. Hurley*</u>
                                      Stephen P. Hurley
                                      *Wisconsin Bar No.* 1015654
                                      Jonas B. Bednarek
                                      *Wisconsin Bar No.* 1032034
                                      Marcus J. Berghahn
                                      *Wisconsin Bar No.* 1026953
                                      HURLEY BURISH. S.C.
                                      33 E. Main Street, Suite 400
                                      Madison, WI 53701-1528
                                      (608) 257-0945