# HURLEY BURISH, S.C.
## A T T O R N E Y S

33 East Main Street, Suite 400

<u>Mailing Address:</u>
Post Office Box 1528
Madison, WI 53701-1528

| | | |
|---|---|---|
| Jonas B. Bednarek | John C. Mitby** | Tel. (608) 257-0945 |
| Marcus J. Berghahn | David E. Saperstein | Fax. (608) 257-5764 |
| Mark D. Burish | Daniel J. Schlichting | www.hurleyburish.com |
| Peyton B. Engel | Sarah E. Schuchardt | Author's e-mail: |
| Andrew W. Erlandson | Elizabeth L. Spencer | mberghahn@hurleyburish.com |
| Patrick J. Fiedler | Thomas S. Vercauteren | |
| Stephen P. Hurley* | Catherine E. White | |

\* Also Licensed In Illinois
\*\*Also Licensed In Colorado

February 10, 2020

Honorable J.P. Stadtmueller
District Judge
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

     Re:    ***United States v. Brian Ganos***
             Case No. 19 cr 193

Dear Judge Stadtmueller:

    Under the Court's pretrial order, and to obtain the maximum possible reduction under U.S.S.G. § 3E1.1, the parties are to file any plea agreement reached by today's date.

    Counsel for the government and Mr. Ganos have had discussions to resolve the case. After these discussions occurred, both counsel were out-of-town on previously planned vacations. So that we may finalize these discussions, I respectfully request, with the government's concurrence, that the Court allow us to file any plea agreement no later than Monday, February 17, 2020.

    I thank you for your consideration of this modification to the Court's scheduling order.

Sincerely,

HURLEY BURISH, S.C.

*Electronically signed by Marcus J. Berghahn*

Marcus J. Berghahn

JBB:mns
F:\-clients\Ganos Brian\19 CR 193\Correspondence\Judge 200210.docx