# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN GANOS,<br><br>    Defendant. | Case No. 19-CR-193-JPS<br><br>**ORDER** |

On February 10, 2020, the day that the plea agreement was due, counsel for Defendant filed a letter requesting additional time to file a plea agreement while remaining eligible for the acceptance of responsibility credit. (Docket #18). The letter indicates that the government does not oppose the request, and the parties anticipate filling a plea agreement no later than Monday, February 17, 2020. *Id.* The Court will grant the request for an extension of time, but only until Friday, February 14, 2020.

Accordingly,

**IT IS ORDERED** that the Court's amended trial scheduling order (Docket #13) be and the same is hereby **AMENDED** according to the terms of this Order; and

**IT IS FURTHER ORDERED** that the parties submit a plea agreement no later than **Friday, February 14, 2020**.

Dated at Milwaukee, Wisconsin, this 12th day of February, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge