# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Duffin**, presiding | Deputy Clerk: Mary Murawski |
| DATE: **March 3, 2020 at 1:00 P.M.** | Court Reporter: John Schindhelm |
| CASE NO. **19-CR-193** | Time Called: 1:01:00<br>Time Concluded: 1:23:40 |

UNITED STATES v. **Brian Ganos**

PROCEEDING: **CHANGE OF PLEA HEARING**

UNITED STATES by: **Megan Paulson**

PROBATION OFFICER: **Daniel Dragolovich**

DEFENDANT:, **Brian Ganos**, in person, and by

ATTORNEY: **Jonas Bednarek**

Hearing Details:
☒ Plea Agreement filed on February 14, 2020.
☒ Presentence Report Ordered – Rule 32 waived in the Plea Agreement.

<u>Penalties:</u>
**CT 2:** IMPRISONMENT: Up to 20 years; FINE: $250,000; SUPERVISED RELEASE: 5 years - Life; SPECIAL ASSESSMENT: mandatory $100 - $5,000.00, if the court determines that the defendant is non-indigent.

**CT 3:** IMPRISONMENT: Up to 20 years; FINE: $250,000; SUPERVISED RELEASE: 5 years – Life; SPECIAL ASSESSMENT: mandatory $100 - $5,000.00, if the court determines that the defendant is non-indigent.

Court finds defendant fully competent and capable of entering informed plea.
Court will recommend to U.S. District Judge J. P. Stadtmueller that the plea be accepted and defendant be adjudged guilty of the offense.

Plea: <u>**Guilty**</u> to <u>**Counts 2 & 3**</u> of the Indictment.

Dates and Orders:
**PSR Disclosure date:** May 4, 2020
**Objections due:** May 14, 2020
**Responses due:** May 21, 2020

**Sentencing date:** May 29, 2020 at 9:30 A.M. before Judge J.P. Stadtmueller

NOTES:

Court advises defendant of his rights.

Court questions defendant.

He understands what is going on today.

Defendant confirms it is his signature on page 18 of the Plea Agreement.

Court explains rights which the defendant may give up if he pleads guilty.

Defense counsel does not have any objections or questions.